STATE of Missouri, Respondent,

v.

STANFORD TIMES, Appellant.

No. WD 43179.

Missouri Court of Appeals,
Western District.

March 12, 1991.

Rosalynn Koch, Columbia, for appellant.

William L. Webster, Atty. Gen., Geoffrey W. Preckshot, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of attempted forcible rape, § 566.030, RSMo 1986.

Affirmed. Rule 30.25(b).